No. 98–9154. MACRI v. LaCOILLE ET AL. Dist. Ct. App. Fla., 5th Dist. Certiorari denied. 

No. 98–9155. KREAGER v. STRUBLE ET AL. C. A. 9th Cir. Certiorari denied. 

No. 98–9156. MILES v. UGAST ET AL. C. A. D. C. Cir. Certiorari denied.

No. 98–9161. LEE v. JOHNSON, WARDEN, ET AL. C. A. 4th Cir. Certiorari denied. 

No. 98–9162. JACKSON v. UNITED STATES. C. A. 8th Cir. Certiorari denied. 

No. 98–9170. LEE v. FLORIDA. C. A. 11th Cir. Certiorari denied.

No. 98–9174. LEONARD v. NEVADA. Sup. Ct. Nev. Certiorari denied. 

No. 98–9175. MORRIS v. TENNESSEE. Ct. Crim. App. Tenn. Certiorari denied.

No. 98–9178. STEWART v. CALIFORNIA ET AL. C. A. 9th Cir. Certiorari denied.

No. 98–9180. PAIRIS v. CALIFORNIA. Ct. App. Cal., 5th App. Dist. Certiorari denied.

No. 98–9182. MUHLEISEN v. IEYOUB, ATTORNEY GENERAL OF LOUISIANA, ET AL. C. A. 5th Cir. Certiorari denied. 

No. 98–9186. WRIGHT v. TENNESSEE. Sup. Ct. Tenn. Certiorari denied. 

No. 98–9187. WILSON ET AL. v. UNITED STATES. C. A. D. C. Cir. Certiorari denied. 

No. 98–9192. WILLIAMS v. JOHNSON, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT CRESSON, ET AL. C. A. 3d Cir. Certiorari denied.

No. 98–9199. RELIFORD v. CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.